```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MARYLAND
```

|  |  |
|---|---|
| THE PENN MUTUAL LIFE INSURANCE COMPANY | : <br> : <br> : |
| v. | :    Civil Action No. DKC 09-0578 |
| JONATHAN S. BERCK, as trustee of THE MARVIN ROSENBLATT IRREVOCABLE TRUST | : <br> : <br> : |

**ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 23rd day of March, 2010, by the United States District Court for the District of Maryland, ORDERED that:

1. The motion to dismiss Plaintiff's amended complaint (Paper 23) filed by Defendant, BE, and the same hereby IS, DENIED;

2. The motion for leave to file a second amended complaint (Paper 40) BE, and the same hereby IS, GRANTED;

3. The clerk is directed to detach and file the Second Amended Complaint from Paper 40; and

4. The Clerk will transmit copies of this Memorandum Opinion and Order to counsel for the parties.

                                    _____/s/_____
                                    DEBORAH K. CHASANOW
                                    United States District Judge